UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NIKOLA CIGOLINOV<br><br>NORTHERN DISTRICT OF ILLINOIS | ) MAGISTRATE JUDGE MASON<br>)<br>)  08 CR 649<br>)<br>) CASE NUMBER: _____ |

The undersigned Affiant personally appeared before MICHAEL T. MASON, a United States Magistrate Judge, and being duly sworn on oath, states: That at the WESTERN DISTRICT OF KENTUCKY, one NIKOLA CIGOLINOV, was charged by a complaint for the violation of Section 1542 of the United States Code, Title 18, that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant based upon the attached complaint. (See Attached Warrant for Arrest and Complaint).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Steven Secor
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this
14th day of August, 2008.

Michael T. Mason
United States Magistrate Judge

A.U.S.A April M. Perry

Bond set [or recommended] by issuing Court at _____

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | CASE NUMBER: 3:08 mj 193 |
| NIKOLA CIGOLINOV a/k/a Martin Robert Hickerson | **SEALED** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Nikola Cigolinov and bring him forthwith to the nearest magistrate judge to answer a

☐ Indictment　☐ Information　☒ Complaint　☐ Order of Court　☐ Violation Notice　☐ Probation Violation Petition

charging him with willfully and knowingly making false statements on or about May 29, 2008, in Jefferson County, Kentucky, in the Western District of Kentucky, in an application for passport with the intent to secure the issuance of a passport under the authority of the United States for his own use, in violation of Title 18, United States Code, Section 1542.

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 8-13-08
BY: _amcclure_
Deputy Clerk

James D. Moyer
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

August 13, 2008, Louisville, Kentucky
Date and Location

Bail fixed at $ _____　by _____
　　　　　　　　　　　　Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

v.



**CRIMINAL COMPLAINT**

**NIKOLA CIGOLINOV**
**a/k/a Martin Robert Hickerson**

CASE NUMBER: 3:08 mj 193

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 29, 2008 in Jefferson County, Kentucky, in the Western District of Kentucky defendant did, willfully and knowingly make false statements in an application for passport with the intent to secure the issuance of a passport under the authority of the United States for his own use, in violation of Title 18, United States Code, Section 1542.

I further state that I am a Special Agent with the United States Department of State, Diplomatic Security Service and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:    YES

X _____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 13, 2008 _____ at    Louisville, Kentucky _____
Date

James D. Moyer, United States Magistrate Judge    _____
Name & Title of Judicial Officer    Signature of Judicial Officer

# AFFIDAVIT

I, Richard L. Johnson, being duly sworn, depose and say:

1. I am a Special Agent of the Diplomatic Security Service under the United States Department of State assigned to the Chicago Field Office. I have been a Diplomatic Security Service Special Agent, duly appointed according to law and acting as such, since November 2006. Prior to my current employment, I was a police officer with the City of San Diego for seven years. My duties include investigating criminal violations of federal law concerning the false application of and use of United States Passports.

2. The information in this affidavit is drawn from my own personal knowledge, information provided by other law enforcement officials and governmental agencies, my own experience and training, the experiences of other agents, the review of documents, and interviews with witnesses. Where statements of others are set forth in this affidavit, they are set forth in substance and are not verbatim.

3. On August 6, 2008, I was contacted by an FBI agent who advised that an informant provided information that the informant's roommate, Nikola Cigolinov, applied for a United States Passport under the assumed name of Martin Robert Hickerson with a birth date of April 3, 1987. My subsequent investigation revealed that United States Passport application #410565111 was initiated on May 29, 2008, in Louisville, Kentucky by an individual identifying himself as Martin Robert Hickerson. The passport was subsequently issued on June 5, 2003. The applicant, identified himself as Martin Robert Hickerson, and provided a birth date of April 3, 1987, a social security number ending in 7680, and an address of 3175 S. 2nd Street, Louisville, Kentucky. The applicant listed his place of birth as Chamblee, Georgia and provided State of Kentucky Identification card #H08-710-617 to prove identity.

4. Based on the above information, I conducted computer records checks in the National Crime Information Center database and located a criminal arrest history for Martin Robert Hickerson in the State of Georgia. Information in the NCIC report showed that Martin Robert Hickerson had been previously arrested in Douglasville, Georigia. I contacted the Sherriff's Office in Douglasville, Georgia and obtained a copy of the arrest booking photograph of Martin Robert Hickerson, DOB April 3, 1987. This photograph did not match the photograph on passport application #41056511. A record's check of the United States Department of State computer database revealed a Non Immigrant Visa application issued on June 12, 2002 to Nikola Cigolinov with a birth date of March 8, 1980. The photograph on the Nikola Cigolinov's visa application matched the photograph on United States passport application #410565111 submitted in the name of Martin Robert Hickerson. Additionally, a copy of a State of Kentucky identification card for Martin Robert Hickerson #H08-710-617 was obtained. The photograph on the

Nikola Cigolinov's visa application matched the photograph on the State of Kentucky identification card issued in the name of Martin Robert Hickerson.

5. Based upon the above listed facts and circumstances, there is probable cause to believe that Nikola Cigolinov, aka, Martin Robert Hickerson, did willfully and knowingly make a false statements in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, in violation of 18 USC 1542.

I, Richard Johnson, do swear that I know the contents of this Affidavit subscribed by me, and that to the best of my knowledge the statements made therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT

Richard L. Johnson, Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to and subscribed before me this 13th day of August, 2008.

JAMES D. MOYER
United States Magistrate Judge