# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 649 - 1 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Nikola Cigolinov | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 8/14/08. Defendant informed of his rights. The Court appoints Mary Judge as counsel for the defendant for removal proceedings only. Defendant waives his right to an identity hearing. Defendant ordered removed in custody of the U.S. Marshals to the Western District of Kentucky, Louisville forthwith for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|