

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  **OFFICE OF THE CLERK**
**CLERK**  **(312) 435-5698**

August 18, 2008

Gene Snyder United States Courthouse, Suite 106
601 West Broadway
Louisville, KY 40202-2227

**Re: U.S.A.  -v-  Cigolinov**
**Case Number:** 08 cr 649

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

 X   Docket Sheet   08cr649        ___ Affidavit in Removal        _____Financial Affidavit

____ Order setting conditions of release        ____ Appearance Bond


Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Vettina C. Franklin
    Deputy Clerk

Enclosures

New Case No. _____   Date _____



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**　　　　　　　　　　　　　　　　　　　　　　　　**OFFICE OF THE CLERK**
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(312) 435-5698**

August 18, 2008

Gene Snyder United States Courthouse, Suite 106
601 West Broadway
Louisville, KY 40202-2227

　　　　　　　　　　　**Re: U.S.A.  -v-  Cigolinov**
　　　　　　　　　**Case Number:** 08 cr 649

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

| _X_ Docket Sheet   08cr649 | ____ Affidavit in Removal | ____ Financial Affidavit |
|---|---|---|
| ____ Order setting conditions of release | ____ Appearance Bond | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By: Vettina C. Franklin
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures

New Case No. _____   Date _____