MHW

08 CR 649

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name )  Sandy Peterson   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gene Snyder United States Courthouse, Suite 106<br>601 West Broadway<br>Louisville, KY 40202-2227 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>AUG 22 2008<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7312 1603 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**FILED**

AUG 2 6 2008  TC
8-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT