



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



MICHAEL W. DOBBINS
CLERK

MICHAEL W. DOBBINS, CLERK
CLERK, U.S. DISTRICT COURT

August 18, 2008

Gene Snyder United States Courthouse, Suite 106
601 West Broadway
Louisville, KY 40202-2227

**FILED**
Jeffrey A. Apperson, Clerk
AUG 21 2008
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Re: U.S.A. -v- Cigolinov
Case Number: 08 cr 649

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet   08cr649          ___ Affidavit in Removal           ___ Financial Affidavit

___ Order setting conditions of release          ___ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                   Sincerely yours,

                                   Michael W. Dobbins, Clerk

                                   By: Vettina C. Franklin
                                       Deputy Clerk

Enclosures

New Case No. _3-08 mj-193_     Date _8-21-08_

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

OFFICIAL BUSINESS

U.S. DISTRICT COURT ND/IL
219 SOUTH DEARBORN STREET
CHICAGO IL 60604



RECEIVED
AUG 29 2008 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

$00.420
US POSTAGE